UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| JULIO GARCIA, | ) | CASE NO. 1:10-cv-0542-SKO |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| COMMISSIONER OF SOCIAL | ) | FOR EXTENSION OF TIME TO SUBMIT |
| SECURITY, | ) | PLAINTIFF'S CONFIDENTIAL BRIEF |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief.  The new due date will be October 8, 2010.  The scheduling order should be modified accordingly.

Dated: 09/08/2010				/s/ Sengthiene Bosavanh

						SENGTHIENE BOSAVANH, ESQ.
						Attorney for Plaintiff

Dated: 09/08/2010				BENJAMIN B. WAGNER
						United States Attorney


						By: /s/ Jacob Mikow
						Jacob Mikow
						(as authorized by Ann Maley for Jacob Mikow via telephone)
						Special Assistant United States Attorney

**ORDER**

Upon the parties' stipulation, it is ORDERED that Plaintiff shall serve his confidential brief **by no later than October 8, 2010**.  All dates in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause.  (Doc. 5 ¶ 14.)

IT IS SO ORDERED.

**Dated:    September 14, 2010**            /s/ Sheila K. Oberto
                                                                                UNITED STATES MAGISTRATE JUDGE