1   BENJAMIN B. WAGNER
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    ROYA MASSOUMI
4   Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8957
       Facsimile:  (415) 744-0134
7      E-Mail: Roya.Massoumi@ssa.gov

8   Attorneys for Respondent

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11                               **FRESNO DIVISION**

12

13  JULIO GARCIA,                    )
                                     )       CASE NO. 1:10-cv-00542 SKO
14          Appellant,                )
                                     )
15          v.                        )       STIPULATION AND ORDER
                                     )
16  MICHAEL J. ASTRUE,               )
    Commissioner of                  )
17  Social Security,                 )
                                     )
18          Respondent.               )
    _____)

19

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Respondent shall have an extension of time of 30 days in which to respond to

22  Appellant's Opening Brief due to the assigned counsel's being recently designated as counsel in this

23  matter. This is Defendant's first request for an extension.  With a thirty day extension, the new due date

24  will be February 9, 2011.

25  ///

26  ///

27  ///

28  ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: JANUARY 10, 2011

Respectfully submitted,
*/s/ Sengthiene Bosavanth*
(via e-mail authorization on 01/07/2010)
SENGTHIENE BOSAVANTHE
Attorney for Appellant

Dated: JANUARY 10, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

 */s/ Roya Massoumi*
ROYA MASSOUMI
Special Assistant United States Attorney

Attorneys for Respondent

## ORDER

Upon the parties' stipulation and for good cause appearing, IT IS ORDERED that Defendant shall file his responsive brief **by no later than February 9, 2011**. All deadlines in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause.   (Doc. 5 ¶ 14.)

IT IS SO ORDERED.

**Dated:   January 10, 2011**            */s/ Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE